FILED
CHARLOTTE, NC

JAN 14 2019

US District Court
Western District of NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO. 3:19 mJ 13 |
| v. | ) |
| JACK BENSON FLANDERS | ) |

### ORDER SEALING ARREST WARRANT, AFFIDAVIT AND COMPLAINT

UPON MOTION of the United States of America, by and through R. ANDREW MURRAY, United States Attorney for the Western District of North Carolina, for an order directing that the Arrest Warrant, Affidavit and Complaint, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Arrest Warrant, Affidavit and Complaint, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 14th day of January, 2019.

_____
DAVID C. KESSLER
UNITED STATES MAGISTRATE JUDGE