IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00043-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JACK BENSON FLANDERS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion to Withdraw Guilty Plea. (Doc. No. 38).

The defendant entered his guilty plea pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. (Doc. No. 25: Plea Agreement). However, the Court rejected the plea agreement on January 16, 2020, and advised the defendant of his opportunity to withdraw his plea.

**IT IS, THEREFORE, ORDERED** that the defendant's Motion to Withdraw Guilty Plea, (Doc. No. 38), is **GRANTED,** and this matter is scheduled for trial during the April 6, 2020, term of Court.

**IT IS FURTHER ORDERED** that counsel will appear for a status conference on March 23, 2020, at 9:30 A.M. in a courtroom to be designated in the Charles R. Jonas Federal Building.

Signed: February 6, 2020

Robert J. Conrad, Jr.
United States District Judge