IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:19-CR-043-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JACK BENSON FLANDERS, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Reinstate Bond" (Document No. 42) filed February 21, 2020. In his motion, Defendant seeks reinstatement of the bond on which he was released prior to his guilty plea to the charges in his case. Defendant's plea pursuant to Rule 11(c)(1)(C) was rejected by the presiding district judge, and Defendant's case is now again pending trial. The Court is informed that the government opposes the motion.

**IT IS, THEREFORE, ORDERED** that the government shall file a written response to Defendant's motion by **March 11, 2020**. The response should address the government's position as to the proper standard to apply to this unique situation under the Bail Reform Act, and why it believes the Defendant should remain detained.

**IT IS FURTHER ORDERED** that the Clerk shall set this matter for a hearing at the earliest possible time when the undersigned returns to Court for his next duty term.

Signed: March 4, 2020

_____
David C. Keesler
United States Magistrate Judge